**In re: Randy Lowell DALE and Susan Page Dale, Debtors**

**Randy Lowell Dale; Susan Page Dale, Plaintiffs–Appellants**

v.

**Michael W. Puerner, Trustee, Defendant–Appellee**

No. 01–1429.

United States Court of Appeals, Sixth Circuit.

Aug. 13, 2002.

Before MERRITT and DAUGHTREY, Circuit Judges; and WEBER,* District Judge.

MERRITT, Circuit Judge.

In an opinion dated February 12, 2001, the District Court held in this bankruptcy case that the five individual retirement accounts (IRAs) of the debtors-appellant, are not exempt under § 552(d)(10)(E) of the Bankruptcy Code, codified in Title 11, U.S.C. The appellees now concede that a subsequent opinion by this Court in *In re Brucher,* 243 F.3d 242 (6th Cir.2001), reversed the position taken by the District Court and requires us to reverse the District Court unless we overrule *Brucher.* Appellee now asks that this court reverse the holding in *In re Brucher* and affirm the bankruptcy court's and the district court's decision denying debtors' exemption [of] the IRAs under 11 U.S.C. § 522(d)(10)(E). (Opin. p. 14.)

Under the rules and precedents of the Sixth Circuit, one panel of our Court may not in a subsequent case overrule the holding of a previous panel. Only the court *en banc* may do so. Hence this panel has no alternative but to follow *Brucher* and reverse the decision of the District Court.

Accordingly, the judgment of the District Court is reversed and the case remanded for further consideration in light

* The Honorable Herman J. Weber, Judge of the United States District Court for the Southern District of Ohio, sitting by designation.

of our decision here and our previous decision in *Brucher. Id.*